UNITED STATES of America,
Plaintiff–Appellee,

v.

**Dean John PERRI, Defendant–Appellant.**

Nos. 09–30140, 09–30141.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Michelle Kerin, Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Francesca Freccero, FPDOR – Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Dean John Perri appeals from the consecutive three-month sentences imposed upon revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Perri contends that the sentence is unreasonable because the district court failed to consider all of the factors under 18 U.S.C. § 3583(e), impermissibly relied upon factors omitted from § 3583(e), and placed undue weight on his criminal history. The record reflects that the district court did not improperly rely upon factors omitted under § 3583(e), considered the appropriate sentencing factors, and that the sentence below the guidelines range is substantively reasonable. *See United States v. Miqbel*, 444 F.3d 1173, 1176, 1181–82 (9th Cir.2006) (stating that sentences imposed upon supervised release are reviewed for reasonableness and discussing the factors a district court may consider upon imposition of such sentence).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

